UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 23-1068-DMG (KKx)** | Date April 5, 2023 |
| Title *Miguel Hernandez v. Michelle Scruggs, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on April 5, 2023 [Doc. # 13], the Court hereby **DISMISSES** this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). The Order to Show Cause, dated March 20, 2023, is DISCHARGED. [Doc. # 11.]

IT IS SO ORDERED.